THE HOMAMPOUR LAW FIRM, PC
ARASH HOMAMPOUR (State Bar No. 165407)
WENDI O. WAGNER (State Bar No. 176110)
15303 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403
Phone: (323) 658-8077 | Fax: (323) 658-8477

LAW OFFICES OF MICHAEL J. RAND, APC
MICHAEL J. RAND (State Bar No. 69305)
15760 Ventura Blvd, Suite 700
Encino, California 91436
Phone: (818) 783-3300 | Fax: (818) 783-7595

Attorneys for Plaintiffs JUAN MEDINA and RAMONA MEDINA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUAN MEDINA and RAMONA MEDINA,<br><br>Plaintiffs,<br><br>v.<br><br>HARCO NATIONAL INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-05595-BRO(MRW)<br><br>ORDER ON<br><br>**STIPULATION RE DISMISSAL**<br><br>Trial Date: November 22, 2016<br><br>*Complaint Filed on July 8, 2015*<br>*Judge Beverly Reid O'Connell*<br>*Magistrate Michael R. Wilner*<br>*Courtroom 14* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(i).

Dated: September 12, 2016

THE HOMAMPOUR LAW FIRM
A Professional Law Corporation

By: _____
Arash Homampour,
Attorney for Plaintiffs JUAN MEDINA
and RAMONA MEDINA

*Stipulation re Dismissal - Page 1*

1

2  Dated: Sept. 21, 2016         DANIELS, FINE, ISRAEL
                                 SCHONBUCH & LEBOVITS, LLP
3

4
                          By:   /S/  Maureen M. Michail
5                               Paul R. Fine,
                                Maureen M. Michail,
6                               Attorneys for Defendant HARCO
                                NATIONAL INSURANCE COMPANY
7

8

9
                          IT IS SO ORDERED.
10
                          DATED: _____September 22, 2016_____
11

12                        _____
                          UNITED STATES DISTRICT JUDGE
13

*Stipulation re Dismissal - Page 2*